UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAPHNE DAVID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08-CV-918 ERW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon its own motion. On June 25, 2008, plaintiff filed a social security appeal [Doc. #1] in the instant action, as well as a completed Form CJA-23 Financial Affidavit [Doc. #2]. Plaintiff has failed, however, to pay the required filing fee or to file a motion to proceed in forma pauperis. As such, the Court will grant plaintiff thirty (30) days either to submit a motion to proceed in forma pauperis or to pay the statutory filing fee. Plaintiff's failure to comply with this Order in the time allowed may result in the dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall either pay the statutory filing fee of $350 or submit a completed motion to proceed in forma pauperis. The Clerk of Court is instructed to send to plaintiff a form "Motion to Proceed Without Prepayment of Costs and Affidavit in Support Thereof."

**IT IS FURTHER ORDERED** that plaintiff's failure to pay the filing fee or to submit a motion to proceed in forma pauperis within thirty (30) days may result in the dismissal of this action, without prejudice. See Rule 41(b) of the Federal Rules of Civil Procedure.

So Ordered this 11th Day of July, 2008.

_____
 E. RICHARD WEBBER
 UNITED STATES DISTRICT JUDGE